UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Devon Lee**                                    Docket No. 2:18-CR-20-1BO

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devon Lee, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 28, 2019, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On February 27, 2020, upon Correction of Sentence on Remand, Lee's term of imprisonment was amended to 48 months.

Devon Lee was released from custody on February 6, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted in the Presentence Report, the defendant has a significant history of abusing alcohol and illegal substances. Although Lee participated in substance abuse treatment during his term of incarceration and tested negative for illegal substances during the instant urine screen conducted on February 16, 2023, it is respectfully recommended the defendant's term of supervised release be amended to include substance abuse treatment for the purpose of determining if additional substance abuse treatment is needed at this time and to address any potential substance abuse issues which may arise in the future. Lee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: February 27, 2023

Devon Lee
Docket No. 2:18-CR-20-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __Feb__, 2023, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge