IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:18-CR-00020-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DEVON LEE ) | |

These matters come before the court on the United States' Motion to Continue Hearing on Revocation [DE 105] and Motion to Seal [DE 106]. For good cause shown, the motion to continue is GRANTED. Defendant's revocation hearing is continued to the February 24, 2026 term of court.

Also, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 105 until further order of the court.

SO ORDERED this 27TH day of January, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE